## MAYOR AND CITY COUNCIL OF SALISBURY ET AL. *vs.* SALISBURY NATIONAL BANK.

*Municipal Taxation.*

Appeal from the Circuit Court for Wicomico County (PAGE, C. J.) *Affirmed.*

The Court said: "The question involved on this appeal is identical with the one decided at this term in the case *The Mayor and Council of Salisbury, Benjamin H.*

*Parker, Collector*, v. *Wm. H. Jackson, ante*, p. 518. And for the reasons assigned in that case we affirm the decree appealed from in this case."

Opinion by BRISCOE, J., filed June 21st, 1899.

Argued with the case of *Salisbury* v. *Jackson, ante*, p. 518.